

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

SO ORDERED:
DAVID N. HURD
United States District Judge
Dated: 12/20/13  Utica, NY

Daniel P. Eckert,

         Plaintiff,

v.

Civil No.: 1:11-CV-00771
(DNH/DRH)

CSX Transportation, Inc.,

         Defendant.

## STIPULATION OF DISMISSAL AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel P. Eckert, Plaintiff and Eckert Seamans Cherin & Mellott, LLC, attorneys for the Defendant that the action is hereby settled with prejudice and the Complaint is hereby dismissed with prejudice and without costs against any party hereto.

DATED:  White Plains, New York
      December 18, 2013

Eckert Seamans Cherin & Mellott, LLC

By: /s/ Lawrence R. Bailey, Jr.
Lawrence R. Bailey, Jr., Esq
*Attorneys for Defendant*
10 Bank Street, Suite 700
White Plains, New York 10165
(914) 286-2805
lbailey@eckertseamans.com

Brennan and White, LLP

By:_
Daniel J. Stewart, Esq.
*Attorneys for Plaintiff*
163 Havilland Road
Queensbury, NY 12804
518-793-3424
DanielStewart@albany.twcbc.com

{V0078376.1}